IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNICE MUHAMMAD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 10-0054-CG-B** |
| ) | |
| **HSBC BANK, USA, NA et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **JUDGMENT**

In accordance with the court's order entered this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this 22nd day of June, 2010.

      /s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE