# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **BERNICE MUHAMMAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 10-0054-CG-B** |
| | ) | |
| **HSBC BANK, USA, NA et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>JUDGMENT</u>

In accordance with the court's order entered this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that this case is **DISMISSED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** this 22nd day of June, 2010.


   /s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE